

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2021

No. 04-21-00299-CV

**IN RE** Douglas C. **GLENEWINKEL** and Ward A. Glenewinkel,

From the 456th District Court, Guadalupe County, Texas
Trial Court No. 210-921-CV-E
Honorable Heather H. Wright, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

On October 14, 2021, relators filed a Motion for Rehearing. After consideration, the motion is **DENIED**.

It is so **ORDERED** on this 17th day of November, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court